In the Matter of ELEANOR G. SULLIVAN, Appellant, against TEACHERS' RETIREMENT BOARD, Respondent.

(Submitted September 29, 1931; decided October 23, 1931.)

*J. M. Cohen* for appellant.

*Arthur J. W. Hilly,* Corporation Counsel (*J. Joseph Lilly, William E. C. Mayer* and *Vine H. Smith* of counsel), for respondent.

Appeal dismissed, without costs, on the ground that the order appealed from is a unanimous decision of the Appellate Division and not an order of modification; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.